```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH JEAN-LOUIS,<br><br>    Plaintiff,<br><br> v.<br><br>MAYOR OF TACOMA,<br><br>    Defendant. | Case No. 3:24-cv-05457-TMC<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

   This matter comes before the Court on its own motion. On June 10, 2024, Plaintiff Joseph Jean-Louis initiated this case by filing a proposed complaint. Dkt. 1. However, Mr. Jean-Louis did not pay the filing fee of $405.00 or request leave to proceed in forma pauperis ("IFP"), which would allow him to proceed without paying the fee. The next day, the clerk's office sent Mr. Jean-Louis a deficiency letter informing him of his obligation to either pay the filing fee or file an IFP motion, and set a deadline of July 11, 2024 for him to do so. Dkt. 2. Mr. Jean-Louis did not make any filings by the deadline and has made no filings in the case since filing his proposed complaint. On July 15 and 16, the Court's mailings of the deficiency letter were returned as undeliverable. Dkts. 5, 6.

ORDER DISMISSING CASE WITHOUT PREJUDICE - 1

Plaintiffs have a general duty to prosecute their claims. *See Fid. Phila. Tr. Co. v. Pioche Mines Consol., Inc.*, 587 F.2d 27, 29 (9th Cir. 1978). "[T]o prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts," federal courts may exercise their inherent power to dismiss a case sua sponte for failure to prosecute. *Link v. Wabash R. Co.*, 370 U.S. 626, 629–31 (1962); *see also Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (courts may dismiss cases sua sponte pursuant to Rule 41(b) for failure to prosecute). On July 12, 2024, the Court ordered Mr. Jean-Louis to show cause why his case should not be dismissed for failure to prosecute. Dkt. 4. He made no filings by this deadline.

For the above reasons, the Court DISMISSES this case WITHOUT PREJUDICE.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 26th day of July, 2024.

Tiffany M. Cartwright
United States District Judge

ORDER DISMISSING CASE WITHOUT PREJUDICE - 2